UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STEPHEN PERKINS, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO. 3:17-CV-5182-BAT |
| | ) |
| v. | ) ORDER FOR AWARD |
| | ) OF EAJA FEES AND EXPENSES |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant, | ) |
| | ) |

Based upon the stipulation of the parties (Dkt. 19), it is hereby **ORDERED** that attorney fees in the total amount of $6,358.58 and expenses in the amount of $400 (for filing fee) pursuant to 28 U.S.C § 1920; 31 U.S.C § 1304 (a), shall be awarded to Plaintiff. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If the U.S. Department of Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to

ORDER FOR AWARD OF
EAJA FEES AND EXPENSES    - 1

Plaintiff's attorney, Tom O'Neill.

Whether the check is made payable to Plaintiff, or to Tom O'Neill, the check shall be mailed to Tom O'Neill at the following address: PO Box 336 Longview, Washington 98632.

DATED this 5th day of December, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

*Tom O'Neill*
_____
TOM O'NEILL
Attorney for Plaintiff

*Christopher Brackett*
_____
Christopher J. Brackett
Special Assistant U.S. Attorney
(Per E-Mail Authorization)

ORDER FOR AWARD OF
EAJA FEES AND EXPENSES    - 2